UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEROME HAILEY #575198, | |
| Plaintiff, | NO. 1:19-cv-224 |
| v | HON. GORDON J. QUIST |
| NOAH BRUNER, | MAG. PHILLIP J. GREEN |
| Defendant. | |

| | |
|---|---|
| Jerome Hailey #575198<br>*In Pro Per*<br>Macomb Correctional Facility<br>34625 26 Mile Road<br>Lenox Township, MI  48048 | Raina Korbakis (P49467)<br>Assistant Attorney General<br>Attorney for MDOC Defendant Bruner<br>Michigan Department of Attorney General<br>Criminal Appellate Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-7650 |

**MDOC DEFENDANT BRUNER'S MOTION TO
DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**

MDOC Defendant Noah Bruner, by counsel and under Fed. R. Civ. P. 12(b)(5), asks this Honorable Court to dismiss Plaintiff Jerome Hailey's complaint for insufficient service of process, as further explained in the accompanying brief. Under W.D. Mich. LCivR 7.1(d), concurrence was sought by letter dated June 24, 2019, but Hailey did not respond to Bruner's request for concurrence.

Respectfully submitted,

Dana Nessel
Attorney General

*s/Raina Korbakis (P49467)*
Assistant Attorney General

1

                                                Criminal Appellate Division  
                                                P.O. Box 30217  
                                                Lansing, MI  48909  
                                                korbakisr@michigan.gov  
                                                (517) 335-7650  
Date:  July 2, 2019                    P49467  

Korbakis\FED Intake\2019-0249313-B Hailey\Mot to Dismiss Insufficient Service