UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JEROME HAILEY #575198,

      Plaintiff,                                              Case No. 1:19-cv-224

v.                                                              HON. GORDON J. QUIST

NOAH BRUNER,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      This is a civil rights action brought by state prisoner, Jerome Hailey, pursuant to 42 U.S.C. § 1983.  On July 27, 2022, U.S. Magistrate Judge Phillip J. Green issued a Report and Recommendation (R & R), recommending that the Court grant Defendant's motion for summary judgment.  (ECF No. 89.)  The Court has reviewed the R & R.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Thus, the Court will adopt the R & R.

      **Accordingly, IT IS HEREBY ORDERED** that the July 27, 2022, Report and Recommendation (ECF No. 89) is **adopted** as the Opinion of the Court.

      **IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 85) is **GRANTED** for the reasons set forth in the R & R.

      **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

This case is **concluded**.

A separate judgment will enter.

Dated:  August 18, 2022                                       /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE